IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL D. JOHNSON,

        Plaintiff,                    No. 2:11-cv-0164 KJN (TEMP) P

     vs.

CALIFORNIA PRISON INDUSTRY
AUTHORITY, et al.,

        Defendants.            ORDER

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. However, plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; and plaintiff's failure to comply with this order may result in the dismissal of this action;

////

1    2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: January 25, 2011

```
                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
```

john0164.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL D. JOHNSON,

       Plaintiff,

vs.

CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,

       Defendants.

No. 2:11-cv-0164 KJN (TEMP) P

<u>SUBMISSION OF</u>
<u>IFP or FILING FEE</u>

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____      IFP affidavit

    _____      The appropriate filing fee

DATED:

_____
Plaintiff