IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL D. JOHNSON,

      Plaintiff,               No. 2:11-cv-0164 KJN (TEMP) P

    vs.

CALIFORNIA PRISON INDUSTRY AUTHORITY, et al.,

      Defendants.         ORDER

                              /

         Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2011, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Plaintiff's February 16, 2011 application to proceed in forma pauperis is denied;

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john0164.3e