IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL D. JOHNSON,

    Plaintiff,                      No. CIV S-11-0164 CKD P

    vs.

CA. PRISON INDUSTRY AUTHORITY, et al.,

    Defendants.              ORDER

_____/

    On January 31, 2011, plaintiff consented to the jurisdiction of the undersigned (docket no. 4). By order filed December 21, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 31, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de - john0164.fta

1